UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NORMAN T. POWELL, | ) | |
| Petitioner, | ) | 3:02-cv-0350-HDM-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICK WALKER, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, filed by Norman T. Powell, a Nevada prisoner represented by counsel. Petitioner has filed a motion to reopen this habeas corpus case. (Docket #92).

This action was dismissed without prejudice, and the case closed administratively, pursuant to an order entered November 12, 2008. (Docket #89). The dismissal resulted from petitioner's election to return to state court to exhaust his state-court remedies with respect to certain of his grounds for relief.

Petitioner's further state-court proceedings have apparently concluded, petitioner has now returned to this Court seeking to reopen this case. He advises he is ready to file an amended petition and supplemental exhibits. The Court will grant petitioner's motion to reopen this case.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action

(Docket #92) is **GRANTED**.

      **IT IS FURTHER ORDERED** that the Clerk shall **REOPEN THE FILE**.

      **IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** from the date of entry of this order to file and serve an amended petition and supplemental exhibits.

      **IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** following service of the amended petition to file and serve an answer or other response to the amended petition.

      **IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** following service of the answer to file and serve a reply brief.

      Dated this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE