UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NORMAN T. POWELL, | ) | |
|         Petitioner, | ) | 3:02-cv-00350-HDM-RAM |
| vs. | ) | **ORDER** |
| RICK WALKER, *et al.*, | ) | |
|         Respondents. | ) | |

    Petitioner has filed a motion for an extension of time in which to file an opposition to the pending motion to dismiss the second amended petition for a writ of habeas corpus. (ECF No. 106). Petitioner seeks a 21-day enlargement of time, up to and including July 15, 2011, to file an opposition. Having reviewed the motion and good cause appearing, the motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 106) is **GRANTED.** The opposition to the motion to dismiss shall be filed on or before **July 15, 2011.**

    Dated this 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE