UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NORMAN T. POWELL, | ) | |
| | ) | 3:02-cv-00350-HDM-RAM |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| RICK WALKER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §2254, filed by Norman T. Powell, a Nevada prisoner represented by counsel. Petitioner has filed a motion for leave to file a supplement to the opposition to the pending motion to dismiss. (ECF No. 113). Petitioner brings the motion to address issues that were discussed in respondents' reply but were not fully discussed in the motion itself, specifically: (1) the date of commencement of the limitation period under 28 U.S.C. § 2244(d)(1), and (2) the effect of a case's administrative closure on the AEDPA limitations period. Respondents have filed a notice of non-opposition to petitioner's motion. (ECF No. 114). Good cause appearing, petitioner's motion to file a supplemental opposition/response to the reply is granted.

1    **IT IS THEREFORE ORDERED** that petitioner's motion to file a supplemental
2 opposition/response to the reply (ECF No. 113) is **GRANTED.**
3    **IT IS FURTHER ORDERED** that petitioner's supplemental opposition/response to the
4 reply shall be limited to five (5) pages and shall be limited to arguments regarding: (1) the date of
5 commencement of the limitation period under 28 U.S.C. § 2244(d)(1), and (2) the effect of a case's
6 administrative closure on the AEDPA limitations period.
7    **IT IS FURTHER ORDERED** that petitioner's supplemental opposition/response to the
8 reply shall be filed within **seven (7) days** from the date of issuance of this order.
9        Dated this 23rd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE