UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMAN T. POWELL, | ) |
|     Petitioner, | )    3:02-cv-00350-HDM-WGC |
| vs. | ) **ORDER** |
| RICK WALKER, *et al.*, | ) |
|     Respondents. | ) |

Respondents' motion to extend time (#121) for forty-five days is denied. Respondents shall file an answer to the second amended petition on or before Friday, August 1, 2014. As previously ordered, the answer shall substantively address the merits of all grounds of the second amended petition. As previously ordered, the answer shall also address cause and prejudice issues, and fundamental miscarriage of justice issues, as applicable to Grounds One and Seven of the second amended petition.

IT IS SO ORDERED.

Dated this 29th day of July, 2014.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE